# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FANT; BENNY AND PROCSY YADAO FAMILY TRUST; BENNY YADAO; and PROCSY YADAO,<br><br>Plaintiffs,<br><br>v.<br><br>RESIDENTIAL SERVICES VALIDATED PUBLICATIONS; JOHN A. MYRTAKIS' JAMKE, A CALIFORNIA GENERAL PARTNERSHIP; LESLIE F. JENSEN; and DOES 1-50,<br><br>Defendants. | CIV-F-06-0934 AWI SMS<br><br>ORDER CONSOLIDATING CASES AND DENYING PENDING MOTIONS WITHOUT PREJUDICE |

The parties seek to consolidate this case with <u>Yadao et al v. Myrtakis, et al</u>, CV-F-06-1054 AWI SMS.  All parties from both cases have signed a stipulation to consolidate. Doc. 15. The court, having reviewed the complaints, finds consolidation to be appropriate.  There is a motion to dismiss pending in one case and a motion for judgment on the pleadings pending in the other.  In order to further judicial economy and the orderly administration of the case, a unified complaint and motions are necessary.  Plaintiffs must file a new complaint encompassing both cases.  All pending motions are denied without prejudice and may be refiled or modified in response to the new complaint.

Accordingly, it is ORDERED:

<u>Fant et al v. Residential Services et al</u>, CV-F-06-0934 AWI SMS is CONSOLIDATED with <u>Yadao et al v. Myrtakis et al</u>, CV-F-06-1054 AWI SMS for all purposes as one action with <u>Fant et al v. Residential Services et al</u>, CV-F-06-0934 AWI SMS as the lead case number. The clerk of this court is directed to file a copy of this Order in <u>Yadao et al v. Myrtakis et al</u>, CV-F-06-1054 AWI SMS. No further papers are to be filed in <u>Yadao et al v. Myrtakis et al</u>, CV-F-06-1054 AWI SMS.

Plaintiffs must file a new complaint in the consolidated case within thirty (30) days. All pending motions in the cases are DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

**Dated:     December 10, 2006**                              **/s/ Anthony W. Ishii**
0m8i78                                                                              UNITED STATES DISTRICT JUDGE