1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BENNY AND PROCSY YARDO FAMILY TRUST; BENNY YADAO and PROCSY YADAO,** ) ) ) | **CIV F 06-0934 AWI SMS** |
| ) | **ORDER ASSIGNING ACTION TO** |
| **Plaintiffs,** ) | **MAGISTRATE JUDGE SANDRA M.** |
| ) | **SNYDER** |
| ) ) | |
| **v.** ) | |
| ) | |
| **JOHN A. MYRTAKIS; JAMKE, a** ) **CALIFORNIA GNERAL PARTNERSHIP;**) **et al.,** ) | |
| **Defendants.** ) **_____)** | |

It appearing that all parties to this action have

voluntarily consented to have a Magistrate Judge conduct any and all

further proceedings in the case, including the trial and entry of a

final judgment, IT IS HEREBY ORDERED THAT:

1.    This action is assigned to United States Magistrate

Judge SANDRA M. SNYDER for all purposes within the meaning of 28

U.S.C. § 636(c), to conduct any and all further proceedings in the

case, including the trial and entry of final judgment,

2.    The Clerk of the Court is directed to assign this

1    **action in its entirety to Magistrate Judge SANDRA M. SNYDER, and**

2          **3.    The new case number shall be:**

3                        **1:06-CV-0934 SMS**

4

5    IT IS SO ORDERED.

6    **Dated:    January 8, 2007**                    **/s/ Anthony W. Ishii**
     0m8i78                              UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26