UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FANT, et al., | ) 1:06-CV-00934-SMS |
| Plaintiffs, | ) ORDER DIRECTING THE FILING OF |
| v. | ) SUPPLEMENTAL BRIEFING BY |
| | ) DEFENDANTS, AND BY PLAINTIFFS AND |
| RESIDENTIAL SERVICES VALIDATED | ) MOVANT, NO LATER THAN MARCH 2, |
| PUBLICATIONS, et al., | ) 2007, AND MARCH 6, 2007, |
| | ) RESPECTIVELY |
| Defendants. | ) |
| | ) ORDER VACATING HEARING ON MOTIONS |
| | ) SET FOR FEBRUARY 26, 2007 |

**ORDER SETTING HEARING ON MOTIONS TO DISMISS, FOR LEAVE TO AMEND, AND FOR JOINDER AND INTERVENTION**

**Date of Hearing: MARCH 9, 2007**
**Time:          9:30 a.m**
**Courtroom:     7**

Plaintiffs are proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge for all proceedings, including the entry of final judgment, pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73(b), and Local Rule 73-301.

The Court has considered the two motions to dismiss filed by Defendants as well as the motions by Plaintiffs for leave to amend the complaint, for joinder, and intervention. The Court needs briefing, which should include complete coverage of and

1

reference to the pertinent statutes and case law, as to whether or not there was some legal or equitable interest of the debtor in the real property, other than the entire real property itself, that was part of the bankruptcy estate pursuant to 11 U.S.C. § 541(a)(1) and/or any other pertinent statutes; the Court also requests guidance as to what law (state or federal) governs the determination of the existence and/or nature of any such interest, and how that law applies to the facts in the present case in view of the bankruptcy court's rulings (regarding the property's not being part of the bankruptcy estate, the stay, and the later abandonment of any interest). Further, the Court needs briefing concerning whether or not Fant, who was not a debtor in bankruptcy, has standing or otherwise can state a claim for violation of the automatic stay.

    The Court emphasizes that it finds the briefing of these issues that has already been submitted to be very general and woefully lacking in particularity; the Court needs authorities that involve analogous circumstances so that the Court understands how to apply the law to the specific facts before it.

    Due to the Court's convenience and availability, and in the interest of the efficient administration of justice, it IS ORDERED that

    1. Defendants SHALL FILE supplemental briefs no later than March 2, 2007; and

    2. Plaintiffs and movant Gary Fant SHALL FILE a supplemental responsive brief or briefs no later than March 6, 2007; and

    3. The hearing on the motions presently scheduled for February 26, 2007, IS VACATED; and

4. The hearing on the motions IS RESET for March 9, 2007, at 9:30 a.m. in the Courtroom of the undersigned Magistrate Judge.

IT IS SO ORDERED.

**Dated:    February 22, 2007            /s/ Sandra M. Snyder**
icido3                                  UNITED STATES MAGISTRATE JUDGE