UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
GARY FANT, et al.,              ) 1:06-CV-00934-SMS
                                )
            Plaintiffs,         ) ORDER PERMITTING THE FILING OF A
      v.                        ) RESPONSE BY DEFENDANTS TO THE
                                ) DECLARATION OF ANDREW W. SHALABY,
RESIDENTIAL SERVICES VALIDATED  ) NO LATER THAN MARCH 15, 2007, AT
PUBLICATIONS, et al.,           ) 5:00 P.M.
                                )
            Defendants.         )
                                )
                                )
```

Plaintiffs are proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge for all proceedings, including the entry of final judgment, pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73(b), and Local Rule 73-301. In connection with various motions pending before the Court, Andrew W. Shalaby filed a declaration on March 12, 2007.

Defendants MAY FILE a response to the declaration no later than March 15, 2007, at 5:00 p.m., at which time the motions shall be deemed submitted to the Court.

SO ORDERED.

DATED:  3/13/2007

/s/ Sandra M. Snyder
SANDRA M. SNYDER
U.S. MAGISTRATE JUDGE

1